IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| JAMES V. BROWN, | : | Case No. 1:25-cv-176 |
| Plaintiff, | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Kimberly A. Jolson |
| STATE OF OHIO, HIGHLAND COUNTY PROSECUTOR, ANEEKA COLLINS, et al., | : | |
| Defendants. | : | |

## ORDER AND REPORT AND RECOMMENDATION

Before the Court are two Motions filed by Plaintiff. (Docs. 29, 30). The Court grants the first and recommends denying the second.

First, Plaintiff filed a Motion for Electronic Filing Rights (Doc. 29). The "grant of electronic filing privileges is a privilege granted to pro se litigants in the discretion of this Court." *Needham v. Butler Cty. Jail*, No. 1:19-cv-294, 2019 WL 5883643, at *2 (S.D. Ohio Nov. 12, 2019). The Court **GRANTS** the Motion. Plaintiff may register for e-filing through PACER: https://www.ohsd.uscourts.gov/sites/ohsd/files//E-File%20Registration%20-%20Pro%20Se.pdf. However, Plaintiff is **WARNED** that the Court may revoke this permission at any time should Plaintiff not conform filings to the Federal and Local Rules.

Plaintiff's second motion is a Motion for Default Judgment. (Doc. 30). In it, he asks for a default judgment against Jerry Oyer for not responding to the summons that was returned as executed on August 7, 2025. (Doc. 20). However, the Undersigned allowed Plaintiff to serve Jerry Oyer as an Interested Party for the purposes of discovery, not as a Defendant. (Docs. 12, 15). Even more, the current recommendation before the District Judge is that all claims against

Jerry Oyer be dismissed.  (Doc. 12).  Therefore, default judgment is not appropriate here.  Accordingly, the Undersigned **RECOMMENDS** Plaintiff's Motion for Default Judgment be **DENIED**.  However, given Plaintiff's apparent concerns about receiving the discovery the Court has allowed him to request from the Interested Parties in this case, the Court **ORDERS** a joint status report from Plaintiff and the Interested Parties within fourteen (14) days on their progress.

The Clerk is directed to serve a copy of this Order and Report and Recommendation on Jerry Oyer at the service address identified by Plaintiff.  (Doc. 16 at 3).

IT IS SO ORDERED.

Date: September 9, 2025                    s/ Kimberly A. Jolson
                                           KIMBERLY A. JOLSON
                                           UNITED STATES MAGISTRATE JUDGE

2