**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

James V. Brown,

    Plaintiff,

        v.                        Case No.   1:25-cv-00176

State of Ohio, Highland
County Prosecutor, Aneeka
Collins, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 31, 2026 (Doc. 64).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 64) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 64) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Highland County Defendants' Motion to Dismiss (Doc. 55) is **GRANTED** and the claims against them are **DISMISSED**.

    **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                    Michael R. Barrett, Judge

United States District Court